# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| CARLOS W. GIBBONS, JR.  )<br>Personal Representative  )<br>Of the Estate of Jerome Jerry  )<br>Price, 1722 Main Street, Columbia  )<br>SC  29201,  )<br>        **Plaintiff,**  )<br>    )<br>VS  )<br>    )<br>USAIR, INC. c/o the Corporation  )<br>Trust Company Statutory Agent  )<br>Corporation Trust Center  )<br>1208 Orange Street, Wilmington,  )<br>Delaware  19801  )<br>    )<br>and  )<br>    )<br>UNITED STATES OF AMERICA  )<br>U.S. Attorney General  )<br>10th Street & Constitution NW  )<br>Washington DC  20530  )<br>    )<br>        **Defendants.**  ) | CASE NO.:  3  95  3057  17<br><br>**CONSENT ORDER ON MOTION**<br>**OF CRYSTAL MONIQUE SHANNON** |

This matter comes before the Court on the Motion of Crystal Monique Shannon. The Petitioner's request is for the Court to release her from the terms of the Order Approving Settlement signed by this Court on October 2, 1996. In that Order, Crystal Monique Shannon was a beneficiary of her father's estate. At the time, she was a minor. She reached the age of majority on December 15, 2002.

In the structured settlement, an annuity was purchased for Crystal Monique Shannon from New York Life Insurance Company, which provided for payments to her over a period of time. This structured settlement and annuity protected this Petitioner during her period of minority. As stated in the Order, the net settlement proceeds would

1

be held by the Court-appointed co-fiduciaries, with appropriate monitoring, pending her majority.

Because the Petitioner has reached the age of majority, the signature of the Personal Representative of Jerome Jerry Price's estate is not necessary since the estate is closed and the Personal Representative, Carlos W. Gibbons, Jr., Esquire, has been discharged. Desa Ballard, Esquire, served as the attorney for the Personal Representative. Since the estate is closed, and the Personal Representative has been discharged, she no longer has a client. Pamela Price, Esquire, served as the Guardian <u>ad litem</u> for Crystal Monique Price. She has reached the age of majority; she no longer needs a guardian <u>ad litem.</u>

Edward W. Mullins, Jr., signed his consent as the attorney for US AIR, INC., and Emery Clark signed his consent as attorney for the United States of America.

**IT IS, THEREFORE, ORDERED:**

1. That Crystal Monique Shannon and the annuity carrier are released from the terms of the Settlement Order, dated October 2, 1996.

2. That Crystal Monique Shannon and the annuity carrier are free to negotiate payouts from her annuity which are agreeable to both parties.

**AND IT IS SO ORDERED.**

JOSEPH F. ANDERSON, JR.
United States District Judge

2

WE HAVE NO OBJECTIONS:

_____
R. Emery Clark
Assistant United States Attorney
for the United States of America



_____
EDWARD W. MULLINS, JR.
Attorney for U.S. Air, Inc.

**WE CONSENT.**

_____
**EMERY CLARK**
Attorney for: United States of America

*[signature]*

**EDWARD W. MULLINS, JR.**
Attorney for: U.S. Air, Inc.

3